878 A.2d 844

DANUTA BOROWSKI, PLAINTIFF–PETITIONER, v. ANTONIO PALMIERI, ET AL., DEFENDANTS–RESPONDENTS.

July 11, 2005.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the trial court for further

proceedings in light of *DiProspero v. Penn*, 183 *N.J.* 477, 874 *A.2d* 1039 (2005).